Scott E. Shaffman (Bar No. 90276)
sshaffman@aol.com
SCOTT E. SHAFFMAN ATTORNEY AT LAW
98 Del Monte Avenue, Suite 200
Monterey, California 93940
Telephone: (831) 333-0321

Attorneys for Plaintiff
GLORIA LABRADOR

Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| GLORIA LABRADOR,<br><br>        Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 5:20-cv-01128-RS<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ORDER**<br><br>Judge:  Richard Seeborg<br>Ctrm:   3, 17th Floor<br><br>Complaint Filed:  February 12, 2020 |

IT IS HEREBY STIPULATED, by and between Plaintiff GLORIA LABRADOR and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq*. of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated:  May 11, 2020          Scott E. Shaffman
                              SCOTT E. SHAFFMAN ATTORNEY AT LAW


                              By:    /s/ Scott E. Shaffman
                                   Scott E. Shaffman
                                   Attorneys for Plaintiff
                                   GLORIA LABRADOR

Dated:  May 11, 2020          Anna Maria Martin
                              Tatiana Semerjian Nunneri
                              MESERVE, MUMPER & HUGHES LLP


                              By:  /s/ Tatiana Semerjian Nunneri
                                   Tatiana Semerjian Nunneri
                                   Attorneys for Defendant
                                   LIFE INSURANCE COMPANY OF
                                   NORTH AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

173642-1.1

2

Case No.  5:20-cv-01128-RS
JT STIP TO DISMISS ENTIRE ACTION WITH
PREJUDICE; & ORDER

# **ORDER**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:20-cv-01128-RS, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: May 11, 2020

_____
Hon. Richard Seeborg
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

173642-1.1

1

Case No. 5:20-cv-01128-RS
JT STIP TO DISMISS ENTIRE ACTION WITH PREJUDICE; & ORDER